UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KLENSCH,<br><br>          Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>          Defendants. | Case No. 16-cv-02876-JSC<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>Re: Dkt. No. 10 |

Good cause appearing, Plaintiff's request for an extension of time in which to file an amended complaint is GRANTED.  The deadline for filing an amended complaint is now **September 16, 2016**.  Plaintiff's failure to file an amended complaint in accordance with the Order of Dismissal with Leave to Amend dated July 15, 2016, on or before the new deadline will result in the dismissal of this case.

**IT IS SO ORDERED.**

Dated: August 19, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KLENSCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILATION, et al.,<br><br>　　　　Defendants. | Case No.  16-cv-02876-JSC<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on August 19, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William  Klensch ID: AH6803
CTF: North B: WB-121L
P.O. Box 705
Soledad, CA 93960-0705

Dated: August 19, 2016

　　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　Ada Means, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable JACQUELINE SCOTT CORLEY